**1105 PISTORIOUS vs. JUSTICE OF THE PEACE AND MAYOR (Saginaw).**

**1106 ALLERTON vs. CONTROLLER AND MAYOR (Saginaw), 81 M., 133.**

These cases involve the same question as was raised in No. 1104, viz.: the validity of the Act consolidating the Saginaws.

Held, That on the refusal of the proper officer to file a chattel mortgage, and of the justice of the peace to issue an execution, the mortgagee and judgment creditor have such a special interest as entitles them to apply for the writ to compel such action on the part of said officers.

**1107 CAMPAU ET AL. vs. COMMON COUNCIL (Detroit), No. 13138.**

To compel the council to vacate a resolution appointing inspectors of election in the various election precincts in the City of Detroit.

Denied November 4, 1892, with costs.

Inspectors had been elected under Act No. 564, Local Acts of 1887, but the Council claiming to act in compliance with Act No. 190, Laws of 1891, redistricted the city, changing nearly all of the districts, and appointed inspectors of election in such districts. Relators conceded the authority to redistrict the wards, but insisted that the authority to fill vacancies remained with the electors.